To: Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg PA. 17108

Date sent 1-2-2014 p.m
unknown BOP staff sign
it for Legal mail and
I sealed it.

Dear Clerk,

My name is Darian Tensley - 41138-018. I'm writing in Regards to an open case. The staff at U.S.P Lewisburg told me that the case for Assaulting any person which was an BOP staff member is still pending, he Mr. Klosner showed me some kind of paper work that stated that the courts had released the case. his action are that the courts are going to came and pick me up. So I'm writing cause I'm trier of the mind games. This is what I really need from the courts please. The names of the U.S. Attorey or the Assistant U.S. Attorey whose over this case. also the forms for Appointment of Cousel. The date all informations that was released back to F.C. I Schuylkill being that I was given an Incident Report for my action and theres an clause that states when staff became aware of the Incident I'm also placeing with this information of the series of Incident that followed but went unreported by staff at U.S.P Lewisburg. please make sure this information gets in the right hand and I pray that some kind of Action will happen. Thank you for your help with this matter at hand. please send me some thing so I'll know you got this Thanks again

DJ-41138-018

1-2-2014 pm time

I, Darian R. Tensley -41138-018- Declare under penalty of perjury that the foregoing is True and Correct. DJ-41138-018. All because of ofc. J. Seidel sexual conduct. It has kick-started a series of Incidents on 8-14-2013 A.m. Since that day I've been treated very differently than the way most prisoners are treated "significant hardship" all these acts was carried out to instill fear, humiliate, degrade, intimidate, inrage. I have been assaulted by BOP staff at U.S.P Lewisburg. My right to be free from Cruel and unusual punishment. It has been interpreted to prohibit "excessive force" and BOP staff Brutality as well as unsanitary dangerous or overly restrictive conditions on entering its facility from transport gate area five (5) unknown %os met the transporting van and one (1) of the five got into the van punching me with closed fists and stated welcome to U.S.P Lewisburg nigger. This can be substantiated by the CCtv Surveillance Video Footage on 8-14-2013 A.m time, as Mr. G. NYE unit manager whom observed this conduct and failed to report it as they BOP staff stood by smiling on said date 8-14-2013 Am time. I was escorted from R&D to G-Block by 6 %os and all assaulted me on stairwell of G-Block than placed me in cell 310 were I desided to take a nap. I was awaken by Chemical agents being administer by Lt. J. Sherman as another unknown %o yelled "stop kicking the door Tensley." chemical agent possessed a hand-held camrecorder and CCtv Surveillance Video Footage on 8-14-2013 am time I was prevented from being restrained for reason one of the unknown BOP staff from my left sprayed mace into the cell than closed food trap slot after however chemical agents still being administered After being order to move to the back of cell and face the wall (to which I had complied and should be heard by Chemical agents hand-held camrecorder as well.) the Brutal assault and battery escalated by chemical agents use of Black Rubber Bullets, Red Mace Balls as well as grenabe (cushion bombs) These act was carried out for Revenge and retaliation. after all this I was told to come be restrained at this 8-14-2013 A.m I was taken to the shower to raise off the mace for maybe (1) minute as the chemical agents placed me in four point restraints telling me to breath in so the chain could be placed around my ribs cage and my hand restraints up against my chest and place in leg lions and a BOP staff lifted my head for the camrecorder and stated this is Inmate Darian Tensley as a gloat. I

1-2-2014 pm. time

I, Darian R Tensley-41138-018. Declare under penalty of perjury that the foregoing is True and Correct. (D)-41138-018. was placed in Cell 126 of G Cell Block. In addition to this cell 126 smelled of urine, feces, and foul order. The mace still in eyes and on my head was burning me and the only way to raise my face was be the toilet. I was subject to these conditions for approximately 30 hours with NO food or water 8-14-2013 am to 8-15-2013 pm unable to use the restroom before being released and returned back to cell 310 G Block which was not decontaminated thats how I found the black Rubber bullets, Red mace balls as well as grenade (cushion bombs).

All I'm asking is for you to view to tapes the CCtv Surevillance and the Chemical agents hand-held camrecorder they will fit what I'm saying and come interview me. Thank you for believing in me.

-41138-018

Inmate Name: Darian Tensley
Register Number: 41138-018
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Legal Mail
— 41138-018
Date sent: 01/02/14

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17106

HARRISBURG PA 171
05 JAN 2014 PM 7 L

RECEIVED
HARRISBURG, PA
JAN 07 2014